# In the United States District Court for the Western District of Texas

| | | |
|---|---|---|
| WENDY DAVIS, ET AL. | § | |
| | § | |
| v. | § | SA-11-CV-788 |
| | § | |
| RICK PERRY, ET AL. | § | |

## ORDER

The court adopts PLAN S172 as the interim plan for the districts used to elect senators in 2012 to the Texas Senate. A map showing the redrawn districts in PLAN S172 is attached to this Order as Exhibit A. The textual description in terms of census geography for PLAN S172 is attached as Exhibit B. The statistical data for PLAN S172 is attached as Exhibit C. This plan may be also viewed on the District Viewer website operated by the Texas Legislative Council (http://gis1.tlc.state.tx.us/) under the category "Court-ordered interim plans." Additional data on the Court's interim plan can be found at the following website location maintained by the Texas Legislative Council under the "Announcements" banner: http://www.tlc.state.tx.us/redist/redist.htm.

The Court thanks the staff at the Texas Legislative Council for their assistance in preparing this map. An opinion will be issued at a later date.

This interim plan is not a final ruling on the merits of any claims asserted

by the Plaintiffs in this case or any of the other cases associated with this case. Nor is it intended to be a ruling on the merits of any claim asserted in the case pending in the United States District Court for the District of Columbia. Rather, this interim plan is a result of preliminary determinations regarding the merits of the Section 2 and constitutional claims presented in this case, and application of the "not insubstantial" standard for the Section 5 claims, as required by the Supreme Court's decision in *Perry v. Perez*.

SIGNED on this 28th day of February, 2012.

_____/s/_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE


_____/s/_____
JERRY E. SMITH
UNITED STATES CIRCUIT JUDGE

_____/s/_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

2